IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 7 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01606-BNB

KENNETH M. SUTTON,

    Plaintiff,

v.

CORRECTIONS CORP. OF AMERICA,
COLORADO FACILITY (CCCF), and
WASHINGTON STATE DEPT. OF CORRECTIONS (WDOC),

    Defendants.

ORDER TO CURE DEFICIENCIES

Plaintiff Kenneth M. Sutton is a prisoner incarcerated at the Florence Correctional Center in Florence, Arizona. Mr. Sutton initiated this action by filing **pro se** in the United States District Court for the District of Arizona a civil rights complaint and a motion seeking leave to proceed **in forma pauperis** pursuant to 28 U.S.C. § 1915. In an order filed on July 20, 2006, the District of Arizona transferred the action to this court.

The court has reviewed Mr. Sutton's complaint and **in forma pauperis** motion and finds that those documents are deficient because they are not filed on the proper forms approved for use by prisoners in this court. Mr. Sutton will be directed to cure these deficiencies if he wishes to pursue his claims in this court in this action. Accordingly, it is

ORDERED that Mr. Sutton cure the deficiencies identified in this order **within thirty (30) days from the date of this order.** It is

FURTHER ORDERED that the clerk of the court mail to Mr. Sutton, together with a copy of this order, two copies of the following forms: Prisoner Complaint; Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that if Mr. Sutton fails to cure the deficiencies identified in this order within the time allowed, the action will be dismissed without further notice.

DATED August 17, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01606-BNB

Kenneth M. Sutton
Florence Corr. Center
Reg. No. 904341
P.O. Box 6900
Florence, CO 85232

   I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint** to the above-named individuals on __8-17-06__

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                    Deputy Clerk