## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01606-CBS

KENNETH M. SUTTON,

    Plaintiff,

v.

CORRECTIONS CORP. OF AMERICA, COLORADO FACILITY (CCCF),
WASHINGTON STATE DEPT. OF CORRECTIONS (WDOC),
WARDEN KRAUSE – Crowley County Corrections Center, Crowley, Colorado (CCCF),
ASST. WARDEN ROGER – S.O.R.T. Team Leader, Crowley County Corrections Center/Now Located at Florence Corrections Center (CCA/FCC), Florence, Arizona,
HAROLD CLARK – Secretary, Washington Dept. of Corrections, and
JAMES THATCHER – Superintendent Out of State (OSS) Prison Facilities (WDOC),

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 5 2006

GREGORY C. LANGHAM
CLERK

### MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    Plaintiff's "Motion to Modify Partial Filing Fee Amount" filed on December 4, 2006, is DENIED.

Dated: December 5, 2006

Copies of this Minute Order mailed on December 5, 2006, to the following:

Kenneth M. Sutton
Prisoner No. 904341
Florence Corr. Center
PO Box 6900
Florence, AZ 85232

                                            Secretary/Deputy Clerk