IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01606-DME-MJW

KENNETH M. SUTTON,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
WASHINGTON STATE DEPT. OF CORRECTIONS,
WARDEN KRAUSE,
ASST. WARDEN ROGERS - S.O.R.T. Team Leader,
HAROLD CLARK, Secretary Washington Dept. Of Corrections,
JAMES THATCHER - Superintendent Out of State (OSS) Prison Facilites (WDOC),

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 6 2007

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: __January 25, 2007__

BY THE COURT:

/s/ David M. Ebel

_____
UNITED STATES CIRCUIT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01606-DME-MJW

Kenneth M. Sutton
Prisoner No. 904341
CCA/FCC
PO Box 6900
Florence, AZ 85232

US Marshal Service
Service Clerk
Service forms for: Corrections Corporation of America,
Wasington Department of Corrections,
Asst. Warden Rogers, Harold Clark, and James Thatcher,

Sharon Griffing - CERTIFIED
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700
**Service forms for: Warden Krause**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the U.S. Marshal Service for service of process on Corrections Corporation of America, Wasington Department of Corrections, Asst. Warden Rogers, Harold Clark, and James Thatcher and to Sharon Griffing for Process of Service on Warden Krause: SECOND AMENDED COMPLAINT FILED 1/8/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 1/26/07.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk