IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01606-DME-KLM

KENNETH M.  SUTTON,

     Plaintiff(s),

v.

CORRECTIONS CORPORATION OF AMERICA,
WASHINGTON STATE DEPARTMENT OF CORRECTIONS.
WARDEN KRAUSE,
ROGERS,
HAROLD CLARK, and
JAMES THATCHER,

     Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter comes before the Court on **Defendants' Motion to Allow Deposition of Plaintiff Kenneth M. Sutton Pursuant to Fed. R. Civ. P. 30(a)(2)** [Docket No. 82; filed October 16, 2007] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Defendants are permitted to take the deposition of Plaintiff Kenneth M. Sutton on November 12, 2007, at 9:00 a.m. at the Florence Correctional Center in Florence, Arizona.

     Dated:  October 31, 2007