IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01606-DME-KLM

KENNETH M.  SUTTON,

     Plaintiff(s),

v.

CORRECTIONS CORPORATION OF AMERICA,
WASHINGTON STATE DEPARTMENT OF CORRECTIONS.
WARDEN KRAUSE,
ROGERS,
HAROLD CLARK, and
JAMES THATCHER,

     Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

     This matter is before the Court on Plaintiff's **Motion to Compel and/or Cooperate in Discovery** [Docket No. 79; filed October 12, 2007] ("Motion to Compel").

     In the Motion to Compel, Plaintiff requests that this Court order Defendants to respond to his first set of interrogatories.  However, D.C.COLO.LCivR 37.1 requires that a party who files a motion to compel answers to interrogatories must "set forth verbatim the interrogatory, request, and response to which the motion is directed."  In order for this Court to evaluate Plaintiff's Motion to Compel, Plaintiff must provide the information required by the Local Rule.  Accordingly,

     IT IS HEREBY **ORDERED** that Plaintiff's **Motion to Compel and/or Cooperate in Discovery** [Docket No. 7] is **DENIED WITHOUT PREJUDICE** for failure to follow D.C.COLO.LCivR 37.1.

     Dated:  November 6, 2007