IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01606-DME-KLM

KENNETH M.  SUTTON,

      Plaintiff(s),

v.

CORRECTIONS CORPORATION OF AMERICA,
WASHINGTON STATE DEPARTMENT OF CORRECTIONS.
WARDEN KRAUSE,
ROGERS,
HAROLD CLARK, and
JAMES THATCHER,

      Defendant(s).

_____

**MINUTE ORDER**

_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

      This matter is before the Court on Plaintiff's request that the Court mail him a copy of the Scheduling Order entered in this matter [Docket No. 105; filed December 26, 2007]. Plaintiff's request was submitted by letter.  The Court ordinarily does not respond to letters, as the Federal Rules of Civil Procedure require that all requests for Court action be presented in the form of motions.  *See* Fed. R. Civ. P. 7(b)(1).  Because Plaintiff is incarcerated and proceeding *pro se*, the Court will treat his request as a properly presented motion.  Accordingly,

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Clerk of the Court is directed to mail a copy of the Scheduling Order entered on July 9, 2007 [Docket No. 64] to Plaintiff Kenneth Sutton at the following address:

1100 Bowling Road
Florence, AZ 85232


      Dated:  January 3, 2008