IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01606-DME-KLM

KENNETH M. SUTTON,

    Plaintiff(s),

v.

CORRECTIONS CORPORATION OF AMERICA,
WASHINGTON STATE DEPARTMENT OF CORRECTIONS,
WARDEN KRAUSE,
ROGERS,
HAROLD CLARK, and
JAMES THATCHER,

    Defendant(s).
_____

# MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Motion to Stay and Vacate Final Pretrial Conference** [Docket No. 127; filed March 13, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED IN PART**. The Final Pretrial Conference currently set for March 20, 2008 is **VACATED** and **RESET** for **June 23, 2008 at 10:00 a.m.** in Courtroom A 501, 5th floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The Court will issue a separate order regarding Defendants' request for entry of a stay.

    IT IS FURTHER **ORDERED** that the Parties are to submit their Proposed Pre-Trial Order on or before **June 16, 2008**.

    Dated: March 17, 2008