IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-01606-DME-KLM

KENNETH M. SUTTON,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
WASHINGTON STATE DEPT. OF CORRECTIONS,
WARDEN KRAUSE,
ASST. WARDEN ROGERS - S.O.R.T. Team Leader,
HAROLD CLARK, Secretary Washington Dept. Of Corrections,
JAMES THATCHER - Superintendent Out of State (OSS) Prison Facilities (WDOC)

    Defendants.

## ORDER

    This matter comes before the court on the recommendation of Magistrate Judge Mix (Doc. No. 138) that Defendants' Motion for Summary Judgment (Doc. No. 115) be granted. Plaintiff Kenneth Sutton has objected to Judge Mix's recommendation (Doc. No. 140) and this court therefore reviews the matter de novo. 28 U.S.C. § 636(b). Because Plaintiff is proceeding pro se, "his pleadings are to be construed liberally and held to a less stringent standard than formal pleadings drafted by lawyers." Hall v. Bellmon, 935 F.2d 1106, 1110 (10th Cir. 1991).

    Having reviewed the record, pleadings, Judge Mix's recommendation, and Plaintiff's objections, this court finds Plaintiff's objections without merit and concludes that Judge Mix's recommendation offered a correct disposition of this case. It is therefore ORDERED:

    1. That the Recommendation of United States Magistrate Judge Mix (Doc. No. 138), filed May 28, 2008, is APPROVED AND ADOPTED as an order of this court;

    2. That Plaintiff's Objections to that Recommendation (Doc. No. 140), filed June 16, 2008, are OVERRULED;

3. That Defendants' Motion for Summary Judgment (Doc. No. 115), filed January 22, 2008, is GRANTED;

4. That judgment SHALL ENTER for Defendants Corrections Corporation of America, Washington State Department of Corrections, L. Brent Crouse, Harold Clark, Sam Rogers, and James Thatcher, as to all claims and causes of action asserted.

DATED: July 17, 2008

BY THE COURT:

*s/ David M. Ebel*
_____
David M. Ebel
United States Circuit Judge